IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD HAASE,** | ) | CASE NO. 8:11CV236 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| **AGS CAPITAL, LLC, a corporation, ALPINE AGS, LLC, a corporation, ALPINE INVESTORS, LP, a Limited Partnership, AGS, LLC, a corporation, TIMOTHY GELMAN, Individually and as an agent of AGS, MICHAEL A. DURAN, Individually and as an agent of Alpine-Investors, RONALD CLAIRE CLAPPER, Individually and as an agent of AGS, and DOES 1-2, Defendants liable jointly and severally,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 5th day of July, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge